# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Todd Warweg, | Case No. 2:21-cv-00270-CDS-DJA |
| Plaintiff, | |
| | **Order** |
| v. | |
| James River Insurance Company, | |
| Defendant. | |

Before the Court is a stipulation to stay discovery deadlines pending the outcome of a mediation. (ECF No. 37). The Court finds that a stay of discovery is appropriate in this case under the two-step analysis in *Scharder v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at \*4 (D. Nev. Oct. 14, 2021). That analysis provides that a Court may grant motions to stay discovery when a dispositive motion is pending if: (1) the dispositive motion can be decided without further discovery; and (2) good cause exists to stay discovery. *Id.*

Here, both prongs are met. First, although there is no dispositive motion—the parties are seeking to stay the case pending mediation—the mediation does not require further discovery. Second, the parties have demonstrated good cause to stay discovery: to conserve resources while attempting to mediate their dispute. A stay would thus accomplish the objectives of Rule 1: a just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1.

**IT IS THEREFORE ORDERED** that the stipulation to stay discovery (ECF No. 37) is **granted.**

DATED: November 8, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE