JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
mingleby@bremerwhyte.com

Attorneys for Intervenor/Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TODD WARWEG, individually,<br><br>   Plaintiff<br><br>vs.<br><br>RICHARD LAWSON, individually; DOES 1-X and ROE CORPORATIONS I-X, inclusive,<br><br>   Defendants | Case No. 2:21-cv-00270-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Intervenor, JAMES RIVER INSURANCE COMPANY, by and through its counsel of record, JARED J. CHRISTENSEN, ESQ., and MELISSA INGLEBY, ESQ., of the law firm of BREMER WHYTE BROWN & O'MEARA LLP and Plaintiff, TODD WARWEG, by and through his counsel of record, BROCK K. OHLSON, ESQ., and JUSTIN A CORNE, ESQ., of the law firm of BROCK & OHSLON, PLLC, and hereby stipulate that all claims against all

///
///
///
///
///

Defendants arising out of Case No. A-19-788643-C, be dismissed with prejudice in their entirety, with each of the parties to bear their own attorney's fees and costs.

| Dated: January 30, 2023 | Dated: January 27, 2023 |
|---|---|
| BREMER WHYTE BROWN & O'MEARA LLP | BROCK & OHSLON, PLLC |
| By: */s/ Jared Christensen* <br> Jared G. Christensen, Esq. <br> Nevada State Bar No. 11538 <br> Melissa Ingleby, Esq. <br> Nevada State Bar No. 12935 <br> *Attorneys for Intervenor/Defendant, James River Insurance Company* | By: */s/ Justin A. Corne* <br> Brock K. Ohlson, Esq. <br> Nevada State Bar No. 12262 <br> Justin A. Corne, Esq. <br> Nevada State Bar No. 14504 <br> *Attorneys for Plaintiff, Todd Warweg* |

## ORDER

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff, TODD WARWEG'S complaint in this matter, including any amendments thereto and all causes of action contained therein, United States District Court Case number 2:21-cv-00270-CDS-DJA, be dismissed with prejudice, in its entirety, each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE
DATED: January 30, 2023

Respectfully Submitted by:

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Jared Christensen
_____
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
*Attorneys for Intervenor/Defendant,*
*JAMES RIVER INSURANCE COMPANY*

1156.621  4881-2377-0189.1